AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Loilli Villa

APPEARANCE

CASE NUMBER: 1:06-M-33M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Loilli Villa

I certify that I am admitted to practice in this court.

3/30/06
*Date*

[signature]
*Signature*

Joseph J Voccola
*Print Name* *Bar Number*

454 Broadway
*Address*

Prov RI 02909
*City* *State* *Zip Code*

751-3900 751-8983
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.