# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

*Case No. 1:06-M-34M*

RECEIVED

MAR 29 2006

US MARSHALS
RHODE ISLAND

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **LUILLI VILLA**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **30** day of **March, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] before the court [illegible] named defendant, [illegible] date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: March 29, 2006.

David A. DiMarzio, Clerk

Initial Appearance

***By*** *Martha Saucier - Deputy Clerk*