IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:06-M-34M |
| | ) | |
| LUILLI VILLA | ) | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U.S. Attorney, and pursuant to 18 U.S.C. § 3161, hereby respectfully moves that this Court extend the time period during which the government must file an Indictment or Information by an additional thirty (30) days.

Section 3161(b) requires that an Indictment or Information be filed within thirty (30) days from when an individual is arrested or summoned. In computing the time within which the Indictment or Information must be filed, section 3161(h)(8)(A) excludes any period of delay resulting from a continuance granted on the basis that the ends of justice served by the continuance outweigh the best interests of the public and of the defendant.

In the instant case, the defendant, who was held without bail in state custody, appeared before this Court on March 30, 2006. The thirty-day period expires on April

29, 2006. The defendant, through his counsel, has indicated a willingness to waive indictment and enter a plea of guilty to the offenses charged in the criminal complaint. Such action would save both the government and the Court considerable time resources. At present, the government is awaiting the results of the laboratory analysis of the suspected crack cocaine seized from the defendant's vehicle at the time he was arrested. Once that report is received, the government will be able to forward a proposed Information and plea agreement to defendant's counsel.

The government has been advised by defense counsel that neither he nor the defendant object to this continuance.

WHEREFORE, the government respectfully moves that the motion be granted and that the time be extended to May 29, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on 17th day of July, 2005, I mailed a true copy of the within Government's Motion For Extension Of Time, ordinary mail and postage prepaid, to:

Joseph J. Voccola, Esq.
Law Offices
454 Broadway
Providence, RI 02909