RECEIVED

APR 2 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Case No. 1:06-M-34M
)
LUILLI VILLA )

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Kenneth P. Madden, First Assistant U.S. Attorney, and pursuant to 18 U.S.C. § 3161, hereby respectfully moves that this Court extend the time period during which the government must file an Indictment or Information by an additional thirty (30) days.

Section 3161(b) requires that an Indictment or Information be filed within thirty (30) days from when an individual is arrested or summoned. In computing the time within which the Indictment or Information must be filed, section 3161(h)(8)(A) excludes any period of delay resulting from a continuance granted on the basis that the ends of justice served by the continuance outweigh the best interests of the public and of the defendant.

In the instant case, the defendant, who was held without bail in state custody, appeared before this Court on March 30, 2006. The thirty-day period expires on April

GRANTED.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
April 24, 2006